IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFREY SCOTT FERRERO                                                                           PLAINTIFF

v.                              Case No. 3:13-cv-00191-KGB-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

Plaintiff Jeffrey Scott Ferrero seeks judicial review of the administrative denial of his claim for Social Security Disability and Supplemental Security Income disability benefits (Dkt. No. 2). Acting Commissioner Carolyn W. Colvin has filed an unopposed motion to reverse and remand, asserting that the case should be reversed and remanded for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g) (Dkt. No. 11). The Commissioner's motion states that Mr. Ferrero's counsel was contacted and concurs with the requested remand.

The Commissioner seeks remand for the Administrative Law Judge to re-evaluate the evidence and conduct further proceedings as necessary, including: (1) re-evaluating Mr. Ferrero's residual functional capacity; (2) fully addressing the medical opinion evidence pursuant to the applicable regulations and rulings, specifically, the opinions of Dr. Paul Wilbur and Sharon Brownfield, and the weight given them; and (3) obtaining, if necessary, additional vocational expert testimony to assist in determining whether Plaintiff can perform past relevant work or other work existing in significant numbers. Under the circumstances, remand is appropriate.

It is therefore ordered that the Commissioner's unopposed motion to reverse and remand is granted (Dkt. No. 11). The Commissioner's prior decision in this matter is reversed and this matter is remanded for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 8th day of May, 2014.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE