**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JEFFREY SCOTT FERRERO**                                                                    **PLAINTIFF**

v.                          **Case No. 3:13-cv-00191-KGB-JTR**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that judgment be entered for plaintiff Jeffrey Scott Ferrero, reversing the decision of Acting Commissioner Carolyn W. Colvin, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 8th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE